**FILED**

JUN 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON D.C.

George Chukwuemeka Obi
(VICTIM) Pike County Correctional Facility
Lords Valley, PA 18428
VS    175 Pike County Blvd.    Case No. _____
JURY DEMANDED

1. Employees, Officials and Agents of
   U.S. DHS / ICE, (2) U.S. Marshals Service
   (3) Commissioner, Board members, and Staffers
   of Pike County Correctional Facility, Lords Valley
   PA. 18428, (4) District Judge William W. Caldwell,
   USDC MD. Pa (5) Mary E Andre Clerk, USDC. MD. Pa.
   (6) Dist. Dir. Phil US DHS/ ICE Scott Blake
   (7) And Others Unknown.
         (KIDNAPPERS)

Case: 1:07-cv-01091
Assigned To : Unassigned
Assign. Date : 6/18/2007
Description: Habeas Corpus

WRIT OF HABEAS CORPUS

JURY ACTION

**PETITION FOR FREEDOM FROM TERRORIST ACT,
HOSTAGE CONDITION, AND KIDNAP UNDER
28 USC § 1201,1202; UNO HUMAN RIGHT ART. 9**

I, George Chukwuemeka Obi, by VIRTUE OF THE LAWS OF THIS
COUNTRY, USA, is deemed to be under hostage by the actions of Respondents
otherwise, my Kidnapers who as well work in their capacities as officials and Agents of
the United States Government and Officers of the Court. Thus I cause this petition before
this Honorable Court to assist in securing my freedom from their custody.
   This petition is premised on the following facts:
1. I have no further alternative to secure my release from custody hence I am not
   in prison for any sentence or judgment of conviction by any Court.
2. I have utilized the processes of Mandamus, Habeas Corpus 28 USC § 2255,§
   2241 in other to secure my freedom and in all my petitions were denied without
   any response from the Respondents.
3. I am a citizen of the United States by law, and which my kidnappers have no
   dispute about my citizenry. See (Certificate of Compliance on my citizenship
   before U.S. Bureau of Citizenship & Immigration Services date:11-16-2006 as
   Exhibit A.).
4. On Decemb16,2005 a warrant of Arrest and Order of Indefinite Detention was
   issued for my arrest and detention by U.S. DHS / ICE Dist. Director,Scott Blake
   Phil Office upon my release from 63 months illegal sentence on conviction in a
   dismissed charges and indictment on May 21,2002 E. D. Mich. USA V.OBI
   00-80690-02

RECEIVED

MAY 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

5. On the effect, the employees of US/ICE along with staff of FCI Allenwood Pa apprehended me while being released from the 63 months illegal imprisonment on Dec.16,2005
6. Since then, I am without freedom as the Order of my detention specifically stated –"no court or judge shall ever review it or issue an order making it null and void in order to grant me freedom"
7. Subsequently an order of removal was issued in the name *F OBI GEORGE CHUKWUEMEKA (7/2005) by Immigration Judge in order to deport me
8. After viewing that Embassy of Nigeria can never issue any traveling documents in that style of name, my kidnappers hatched a criminal indictment against me for refusing to provide them with necessary traveling documents to enable them to remove me from this country
9. On a visit by a Public Defender, Mr. Hervery B O. Young, on March 26, 2007 at the Pike County Correctional Facility, Mr. Young informed me that Respondents have acknowledged that the name *F OBI GEORGE CHUKWUEMEKA (7/2005) is not my name and there is no possibility that Nigeria Envoy will issue any traveling documents in that name on my behalf for the purposes of being removed from this country. And the Case about refusal to provide necessary traveling documents is not related to obtaining my freedom from unwarranted detention.
10. Evidently, if the Nigeria Embassy can not issue any traveling documents to remove me from the Country and my kidnappers are not ready to come before the Court to explain why I still remain in their custody with a bogus Order of Removal, their motive therefore becomes the law
11. However, on February 7,2007, the U S Attorney General through the Department of Justice again released me unconditionally from prison without further pending criminal prosecution in any court.
12. On the same date February 7,2007, my kidnappers came all the way to MCC New York where I should be released from and kidnapped me and brought me over to their custody where I am "housed" instead of "detained" See the Order by J. Caldwell Obi Vs. Craig Lowe et al 07-CV-0146 MD. Pa (April 13,2007 Page 1)
13. In the same Order supra, J. Caldwell ordered that I do not have any remedy through §2241 and at the same time construed my habeas as petition from a state conviction under 2254 or at best 2255, with limitation of §2244.
14. Hence I am without remedy and not a criminal detainee, it is undeniable that my custodians cum Kidnappers are acting under the color of United States laws.

Therefore, I am kidnapped and in hostage, thus I seek for my freedom again in the hands of my kidnappers through the U.S. District Court of Columbia.

George Chukuemeka Obi
April 26, 2007    Victim -Petitioner
Pike County Correctional Facility
Lords Valley, Pa 18428

**ARGUMENT**

The standard of review in this case is as it occurred with <u>Alisha Flatow Vs. Islamic Rep. of Iran</u> 999F.Supp 1,12 (D.D.C. 1998)
1. flatow Amend: Conditions civil liability on the six elements of the Sovereign Immunity waiver in the Antiterrorism Act at 1605(e)(7) See § 1605 note 2: In addition, the amend. Adds a seventh element to the private right of action: 28 USC § 1605-
    "No action shall be maintain under this action,
    if an official, employee, or agent of the U.S; while
    acting within the scope of his or her office,
    employment, or agency would not be liable for such
    if carried out within the United States".

<u>Civil liability for Acts of State sponsored Terrorism known as Flatow's Amendment.Pub.L-104-205, § 589, 110 stat. 3009-172 (codified at § 1605 note).</u>

By such, it removed actions of foreign state agents, employees or officials. The Flatow's Amendment does not create a cause of action against a foreign state; herein but Domestic acts. Emphasis added. See <u>David M.Roeder et al Vs. Islamic Rep.of Iran</u> 195 F.Supp..2d 140 (2002 U S. District Ct. D.C)

2.  18 USC § 1201 & 1202 Kidnapping provides:
    Whoever unlawfully seizes, confines, inveigles, decoys, kidnaps,
    Abducts or carries any person except in the case of reward or otherwise
    Except in the case of a minor by the parent thereof, when
    (1) the person is willfully transported in interstate or foreign commerce'
        regardless of whether the person was alive when transported across a state boundary.
    (2) any such act against the person is done within the special maritime and territorial jurisdiction of the United States.
    (3) any such act against the person is done within the special aircraft, jurisdiction of the United States as defined in Sec. 46501 of title 49.
    (4) the person is a foreign official, an International protected person or an official guest of those terms are defined in sec. 1116(b) of 18 USCS § 1116(b)
    (b) with respect to sub.sec(a)(1) above, the failure to release the victim within twenty-four hours after he shall have been unlawfully seized confined, inveigled, decoyed, kidnapped, abducted or carried away shall create a rebuttable presumption that such person has been transported in interstate or foreign commerce.
3. UNO Charter on Human Right Art. 9 provides:
    No one shall be subjected to arbitrary arrest, detention or exile

The elements of § 1201 are (1) transportation in Interstate commerce (2) of unconsenting person who is (3) held for ransom or reward or otherwise and (4) doing such acts knowing and willfully See <u>Hattaway vs. U.S.</u> (1968 CA 5 Fla) 399 F 2d 431 through the means of force, actual or threatened physical or mental in each elemental stage of crime, so that victim is taken, held and transported against will See <u>U S Vs. Macklin</u> (1982, CA 2 N.Y) 671 F.2d 60

1

There is ~~and~~ no need for ejusdem generic in what the "intent of U.S. Congress men and women were when Antiterrorism was made applicable to domestic acts of employees, officials and agents of U.S. government working in the color of her laws. There are two branches of Government that are empowered to abrogate and rescind this Congress law on Antiterrorism, the judiciary is not one of them, but the power to make difficult decision and decide this issue with clarity

On October 19, 2001; I was found guilty on a dismissed criminal indictment taken back to trial without leave of the grand-jury or defendant. And I was sentenced to 63 months on that conviction. Following that, I appealed to the Sixth Circuit Court which dismissed my appeal even when Certificate of Appeallability before it reflected no Sentence or judgment was entered at the below court in the matter at the E. D. Mich.

Besides, all my numerous petitions and Habeas Corpus were in its entirety dismissed without responses by the Government, even my Writ of Attestation served on the E.D. Court Mich; and 6th Cir Court  See exhibit (B) the Writ of Attestations  A judgment is void if the court that rendered it lacked subject matter jurisdiction, and such must be vacated by the court. See. Ex parte Bain.
Following that ill-feted Conviction, I have been endlessly endured all kinds of torture from prison to prison, State to State, County jail to County jail, by roads, Airplanes, and trammeled all along the way without recourse. And I have repeatedly utilized the provisions available to wit Habeas corpus 2241, letters and petitions to all groups, Judges, Courts, Legislatures, yet my kidnappers are unrepentant

The last straw was my habeas filed in this honorable Court <u>Obi vs. Craig Lowe et al No  2229 UNO</u> which was forwarded to the USDC MD. Pa as case number 07-Cv-00146-WWC-PT  On April 13, 2007, same J. William W Caldwell again like in all my habeas petitions before him, refused to request for response from the Respondents, and on behalf of them, dismissed my petition by construing it as 2254 petition for a State convicted prisoner and without taking into cognizance I am no longer in prison for any sentence or conviction of a crime  Neither was my habeas as a result of State conviction.

If it is the intent of Congress to grant parties before the court protection of the Judiciary. It follows such action includes not only dealings between individuals, but any Court claim which Government also is a party with any individual. Thus, J Caldwell

2

should not speak on behalf of the Government employees who keep me in lock stock and key if he is not one of them.

A well founded fear will exist if the honorable Court returns this petition again to the U.S.District Court Middle Dist. Of Pennsylvania. In enacting 18 USC § 1201, congress expressly like in 28 USC § 1605 Flatow Amend. Declares its "Intent" to prohibit Kidnapping wherever and by whomever committed and whatever victim's nationality. See <u>Von Dardel Vs. Union of Soviet Society</u> (1985) DC. Col) 623 F.Supp.246 vacated, dismd. On the grounds (1990 DC D. Col) 736 F.Supp 1.

It is not disputable that my kidnappers procured an order of removal from Immigration Court against me in the style *F OBI GEORGE CHUKWUEMEKA OBI (7/2005) in order to perpetuate me in their custody as Nigeria Embassy in this Country will never issue any removal papers in that name in my interest as revealed by Public Defender Hervery B O.Young to me on March 26,2007 at Pike County Cor. Facility, "that the U S Attorney Office is aware such order was not in my name".

Looking at my condition from the veil of Social Anthropology, if the Nigeria Embassy will never be contacted to release my traveling papers due to style of the order, and my kidnappers are not ready to heed to U S authorization for me unconditional release from their custody on February 7,2007, invariable there exists a stubborn "variable"which is racially prejudicial subtly interwoven over a century of time in a modern Pluralistic and democratic America  And to that particular Society I take this plea. The only sin J. Caldwell has repeated found in me is his allegation that I entered into this Country in 1997 as undocumented Immigrant  Whether J. William W  Caldwell works as Immigration Officer is something that baffles me, because he failed to look into my Immigration normalization papers and I am not been prosecuted or housed at Pike County jail due to that as I am no longer a detainee  See his Order case no  146 MD. PA.

The object of 18 USC § 1201 and State kidnapping laws of Commonwealth of Pennsylvania, is to secure personal liberty of citizens and to secure them assistance of law necessary to release them from unlawfully restraint  See <u>State vs. Brown</u> (1957) 181 Kan 375.312 P 2d 832

In the order of J. Caldwell in my suit Obi vs  ICE Pike office et al 06-Cv-2134 JAC 15,2007, Judge Caldwell acknowledged that in all his rulings while deciding on every

3

of my petitions before him, that he has been very adverse to me, yet he refused to rescuse from the case It is not within his constitutional duty thus to inflict pains adversely. See USC Art 3 and also <u>U.S Vs. Klein</u> 20 Led 519,80 US 128.; "We think it unnecessary to enlarge. The simple statement is the best". It is the firm and unvarying practice of Federal Constitutional courts to render no judgments not binding and conclusive on the parties. See <u>Chicago & S. Airlines Vs. Waterman S.S. Corp.</u> 92 Led 568,333 U.S. 103. Local customs, however hardened by time are not decreed in heaven. See <u>John Aaron et al</u> 358 U.S. 20, 3 LED 2d 19, 78 S.Ct. 1401. To justify his adverse rulings as law, and that I have no other remedy through the Court or in section 2241, is invariably to submit that instead of the Congressional intent, that J. Caldwell and his Clan can modify, annul and defeat the purpose of the law. Flatow Amend. Kidnap law and UNO Human Right Art. prohibit such inveterate acts. Their act is bill of pains and penalties. The 3rd circuit identifies it as procedural machinations. See <u>Obi vs. Gonzales</u> 06-2579 (Oct. 30,2006) at page 1

    J William Caldwell while dismissing my recent habeas, cajoled my effort to seek remedy through this Court as if it is a matter concluded before the entire U.S. Court and Justice Department by stating---"Obi's attempt to forum shop in the District of Columbia for a more favorable outcome to his petition is evident on the face of the petition"---Since Obi has unsuccessfully previously pursued all matters raised in his petition before the court via his previously filed § 2241 petitions, his present petition is subject to dismissal "

    My right to use section 2241 habeas corpus can only be abridged when this Country is besieged or as provided in its section 2241 on <u>Detainee Treatment Act 2005</u> .The fact that the statutes of § 1605, § 1201 have being partially dormant for years cannot be held to diminish in its force today.

    In <u>Jone et al Ux vs. Mayer et al</u> 392 U.S 409 the U.S Supreme Court recognized that the only group that operates outside the law is Ku Klux Klan The question is, can my Kidnappers ever appear before any Court to explain why I still remain in their custody in spite of not having legitimate claim to my custody, as they have deprived the court its constitutional Authority to decided Cases and Controversies?

    My condition has remained a repeated cycle, each time it appears more likely for me to regain my freedom, they alternate my custody amongst each other. It started on

4

September 27, 2007 at the National City Bank Detroit Michigan where I was on my private banking transaction. I was arrested and tried on someone else illicit drug transaction found in his properties. The actual culprit served only 12 months imprisonment. However, I was put on trial and convicted after dismissal of the Government indictment against me pursuant to FRCP 48(a). Thereafter, I surrendered to the custody of USMS for onward imprisonment which was supposed to terminate after 63 months on December 16, 2005. At FCI Allenwood, ICE Office placed a detainer against me with termination year as 3999. Upon the termination of the prison sentence, I was re-arrested by the Order of US DHS/ ICE District Direct Phil. Office. Mr. Scott Blake for an indefinite detention without opportunity for freedom. On January 17, 2006 an Order of Deportation was issued against me in my absence in the name *F OBI GEORGE CHUKWUEMEKA (7/2005); which today is evident it was procured in order to perpetuate my life in U.S.Prison as the Embassy of Nigeria in the United States will never issue any traveling document in that style of name in my interest, as revealed by Federal Public Defender Hervery B O.Young. Continuing, my kidnappers conspired and aided each other to force a criminal charge against me in the matter USA VS. OBI :3-06-Cr-325 MD. PA

However, in spite of all their claims and actions against me, the United States Department of Justice through the Bureau of Prisons on February 7, 2007 released me unconditionally after I was placed to the custody of United States Attorney General by the Order of Judge A Richard Caputo in the matter USA Vs OBI :3-06-Cr-325 MD.PA. Nonetheless, on the same day, February 7,2007 My Kidnappers came all the way to MCC New York as I was been released from custody of U.S. Attorney as a free citizen and seized me and transported to Pike County Correctional Facility Lords Valley Pennsylvania where I am currently housed as I am no longer considered as a detainee or serving any prison sentence. See the Order of Judge Caldwell on April 13, 2007 dismissing my recent habeas petition returned to him by this honorable Court, as if my petition was due to State Conviction or for Certificate of Appealability based on 2255 on post conviction remedy before a trial and sentencing judge

I have no other remedy in law besides, seeing the entire procedural machinations as "terrorist action employed by the employees, officials and agents of the State who by

color of the Federal laws and Commonwealth laws decided to kidnap me. To say otherwise, this honorable court is respectfully implored to postulate a way out of this legal quagmire, else Flotow's Amendment, Kidnapping Act and Hostage protection laws would in practice (effect) lead encouragement of the commission of criminal acts by those sworn to enforce the laws. See <u>Frisbie Warden Vs. Collins</u> 342 U.S. 519 (1952).

Kidnapping once begun, does not end until victim is free; it does not make sense, then to speak of it in discrete geographical fragments. <u>U.S. Vs. Rodriquez-Moreno</u> <u>(1999)</u> 526 U.S. 275, 143 LED 2d 388.

WHEREFORE, I respectfully, implore the honorable Court to make a lasting ruling to settle this matter amicably in the interest of justice.

Respectfully Solicited;

George Chukwuemeka Obi

Date April 26, 2007         Victim-Petitioner

6

Bureau of Citizenship & Immigration Services
Department of Homeland Security
ULLICO Building
111 Massachusetts Avenue, N.W. 2nd floor
Washington DC 20529
(202) 272-8269

Date: 11-16-2006

Re: FOIA/PA No.- NRC 2006063920
By Hon. George Chukwuemeka Obi

## CERTIFICATE OF COMPLIANCE
(Private and Public)

This is to bring to the notice of the General Public FOR COMPLIANCE, through the Bureau of Citizenship and Immigration Services, U.S. Department of Homeland Security, and Justice management Division, Washington DC 20530, that pursuant to FOIA/PA request control number NRC 2006063920, responded by the National Records Center, Director T. Diane Cejka, as ICB2006006965, on November 6, 2006, the National Records Center failed to DENY Citizenship of United States as supported in the records of U.S. Marshals Service Detroit Michigan and INS form 213A about the subject, George Chukwuemeka Obi

Therefore, any Record in the Government of the United States, Proceedings, Undertaking, Judgment, Decree, Averment, Affirmance, or Order by any court, including the actions of any person that fails to treat and accord Hon. George Chukwuemeka Obi in full, all the Constitutional Rights as a Citizen of the United States, shall be actionable.

And the National Records Center, U.S Department of Homeland Security, P.O.Box 648010, Lee's Summit, MO 64064-8010 shall be in default and subject to a compensatory law suit following such denial of U.S citizenship to Honorable George Chuwkuemeka Obi as now been clarified.

The Bureau of Citizenship and Immigration Services, U.S. Department of Homeland Security has up to ten (10) days from the date of this notarized Certificate of Compliance to disagree with this Certificate of Compliance

Hon. George Chukwuemeka Obi

Cc. All this may concern.

Sworn and subscribed before me this
___ day of _____ 20__

Notarial Seal
Kathleen E Cronin, Notary Public
Blooming Grove Twp, Pike County
My Commission Expires April 18, 2010

07 1091

**FILED**

JUN 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RE-<u>USA Vs.GEORGE CHUKWUEMEKA OBI</u>  Case No-00-CR-80690-DT-02

REQUEST FOR ATTESTATION

I, George Chukwuemeka Obi, Defendant tried before this Court on a Criminal indictment <u>USA Vs. OBI</u> 00-Cr-80690-DT-02 hereby, respectfully, requests a sworn attestation from the Court to the following.

1  That the Honorable Court obliged to the strictures of FRCP 48(a) when it was applied to dismiss the 1st Superseding Indictment against George Chukwuemeka Obi, in the case <u>USA Vs OBI</u> 00-CR-80690-DT-02 before his conviction on October 19, 2001 in the same matter before the Court

2  That the Sentence imposed on the Conviction against George Chukwuemeka Obi by the Honorable Court was not against the 4th, 5th, 6th, 8th and 13th Amendments to the United States Constitution

3.  Inability of this Court to provide a sworn attestation now requested, within two (2) weeks of this date. the Criminal trial and judgment imposed, by this Honorable Court against George Chukwuemeka Obi, on the Indictment <u>USA Vs OBI</u> 00-Cr-80690-DT-02 stand as Illegal Null and Void, and Unconstitutional to any effect and purpose before any person, Group, Court, or Establishment that carried, carries or may carry any action due the judgment imposed, by the Court's District Judge Nancy G Edmunds

4  This notarized Request for Attestation, shall be copied to whomever, and to U S Courts or Establishments: George Chukwuemeka Obi may be in, or, have cause to seek injunctive action due to the criminal conviction in the case titled <u>USA Vs OBI</u> 00-CR- 80690- DT-02 by the Honorable Court

George Chukwuemeka Obi
REQUESTER
Dated

Sworn and subscribed before me this
___ day of _____ 20__

Notarial Seal
Kathleen E Cronin, Notary Public
Blooming Grove Twp., Pike County
My Commission Expires April 18, 2010

## CERTIFICATE OF SERVICE

On this day Thurs April 26 2007, copies of this petition for my Freedom in the hands of my Kidnappers who hold me in their custody and deprive me any kind of remedy in law is served on all of them and to Nigeria Embassy in the United States, Sen. Specter, U. S. Barack Obama, Hillary Clinton, ACLU Pennsylvania U.S. Supreme Court. Via U.S postages from Pike county Correctional Facility PA. 18428.

George Chukwuemeka Obi
Victim – Petitioner.