UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| GEORGE CHUKWUEMEKA OBI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07 1091 |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, IMMIGRATION AND ) | |
| CUSTOMS ENFORCEMENT, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### TRANSFER ORDER

Petitioner currently is detained at the Pike County Correctional Facility in Lords Valley, Pennsylvania, awaiting his deportation to Nigeria. His challenge to his current detention sounds in habeas and properly is brought against his custodian in the district where he is detained. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). This Court may not "entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004).

Accordingly, it is hereby

ORDERED that this action is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania. Resolution of plaintiff's application to proceed *in forma pauperis* is left for the transferee court to decide.

SO ORDERED.

Date: 6/7/07

United States District Judge