UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**

JUL 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

George Chukwuemeka Obi
   Victim—Petitioner
   Vs.
DHS, USMS, PCCF, DIST. J. CALDWELL
USDC MD. PA CLERK, ANDREA, ICE DIR. BLAKE
AND OTHERS UNKNOWN.
   Kidnapers—Respondents            Civil Case-No-07-1091

     Victim's Response to Transfer Order 6/7/07
     With Exhibits in support of his claim of Procedural
     Machinations warranting recall of Transfer Order Or
     In the alternative, instruct Transferee to Dismiss
     Matter of USA vs. OBI 3-06-cr-325, and Consolidate
      Proceedings consistent with Transfer Order of the Court.

I, Hon. George Chukwuemeka Obi, filed before the Honorable Court for Freedom from Terrorist Act, Hostage Condition and Kidnap Under 28 USC sec.1201, 1202 and UNO Charter on Human Right Art.9 after the U.S. District Court, Middle District of Pennsylvania had ruled on my habeas and concluded I have no further remedy in law before its Court.

On June 18th, 2007 this Court entered an Order transferring same petition to the Middle district Court, Pennsylvania, on the grounds of Jurisdiction.

This Court has jurisdiction of corpse and as well as service of process on the Custodian in any matter the United States is a party globally. see - Konigsberg vs. Ciccone 285 F.Sup. 585

Currently at the U.S. district court in Pennsylvania, is the matter USA vs. OBI ;3-06-cr-325. where the Court is prosecuting me before J.Caputo without benefit of legal defense on the charges. To the point then counsel of record Mr. Hervery B.O.Young repeatedly informed me that I do not have any relief but either accept to be deported in the name the order of INS was issued *F-OBI GEORGE CHUKWUEMEKA (7/2005) or be remanded to a mental facility.

In the past, I have petitioned the U.S. Judicial Courts in the Middle District of Pennsylvania for freedom in the matters-Obi vs. Williamson, Obi vs. Hogston, Obi vs. Lowe, Obi vs. BICE Obi vs. Gonzales. None of my petitions could secure me freedom and in none did the court compel Respondents to answer. Rather, the third Circuit adjudged that my issue was due to procedural machinations which are irrelevant before them to review.

4

To return my petition back to U.S. District Court is to subject me into the same cycle; and it most possibly will end up at the same 3rd circuit that is not willing to review my issues on the grounds of procedural machinations. Thus giving credence to Mr. Young's information that I will remain imprisoned till thou Kingdom come; from Pike county jail to Lackawanna Prison if not in the mental facility.

In support of my claim, I hereby, make available excerpts of my trial records and order dismissing the Indictment upon which their criminal conviction was based in the matter U.S. vs. OBI 00-80690 E.D. Mich.
1. Excerpt of Rule 29 Colloquial by defense lawyer Mr. William Daniel. Emphasizing that the trial was on the superseding Indictment dismissed, and the only evidence was Mr. Nimako.
2. P.S.I. reporting that Jury found me guilt on counts 1 & 2 of the 1st Superseding Indictment USA vs. OBI 00-80690-02.
3. Order dismissing the 1st Superseding Indictment 00-80690-02 USA vs. OBI
4. Certificate of Appealability in the Case USA vs. OBI 00-80690-02. No sentence and no Judgment entered at the District Court upon trial.
5. INS Forms disclosing My country and Country of citizenship upon my Immigration Normalization process as the United States.
6. USMS data disclosing my citizenship as the USA and place of birth Nigeria.
7. I*J order in the name *F-OBI GEORGE CHUKWUEMEKA (7/2005)
8. Executive Office of Immigration review York Phil. Explaining what *f is before the Immigration Court, but not What (7/2005) attached while spelling out my name in capitals. And that before the Court my name is George Obi on 2/1/2006

While it is uncontestable I am machinated by the U.S. Government through her employees as listed above, thus returning my petition to escape from their obnoxious actions against me in the Federal District Court, Middle District of Pennsylvania in spite of the District court of Columbia global jurisdiction is hard to convince any doubting Thomas, that my freedom and end of justice will be met this time.

The stand-by counsel on my sentencing at E.D/ Mich Mr. Richard Amberg jr. submitted before the Court by addressing any possible review of the judgment as—there are some issues that he would like to promulgate which no attorney that I know of would, so I think Mr. Obi just needs to know that". See the Sentencing minutes Page 27.

That known fact includes not only attorneys but all levels of Justice administration in this Country. That is why Correctional Officers are quick to torment me and place me in their Severest custody Units. See of recent attack report against me at PCCF Jail on May 17,2007 which uptil date has no response by the warden of the Facility Mr. Craig Lowe.

However, on May 17,2007 the 3rd Circuit Court that denied my petition with the same prima facie evidence granted relief to Mr. Johnson . See Johnson vs. Atty-Gen-DHS, case No 05-4569.

This Court Transfer Order stated, I am detained at Pike County jail awaiting deportation to Nigeria; without further disclosing in the name of *F-OBI GEORGE CHUKWUEMEKA (7/2005) not as George Chukwuemeka Obi as I have been prosecuted before various Courts.

It is melodramatic and mendacious how my good nurtured name George Chukwuemeka Obi attracted appendages *F and 7/2005: in the INS Order of Removal, where my birth Certificate, Court records, School records, INS records even criminal prosecutions and USA vs. OBI 3-06-325 MD. PA now given rise to my petition before this Court reflect no *F and 7/2005 as part of my name. The EOIR York Phil; has explained before what *F stands for as a code, but fail short of explaining what also 7/2005 means to them as part of my name to be identified with me. This is the sequel.

I am not seeking monetary compensation or fighting the Government of the United States alas! Like the Federal Judicial Branch in Middle District of Pennsylvania told my family members. But to be free from obnoxious acts and prejudice.

How can I be *F-OBI GEORGE CHUKWUEMEKA (7/2005) and be prosecuted in the name George C. Obi; or vice versa. And how can be addressed as Hon. George Obi by the governments of United States and Nigeria and be regarded as a criminal and vagabond by the same governments. Who is the alien that his name is listed as United States citizen that will concede to deportation especially in a wrong name and illegal conviction?

It is very clear in the records, that ICE never moved the Court to issue an Order of Removal against me, or in the name *F-OBI GEORGE CHUKWUEMEKA (7/2005) And there is no indicia in USA vs. OBI 3-06-cr-325 is been prosecuted with authorization of the United States Attorney-General. That is the procedural history in this petition the court issued a Transfer order on 6/7/07.

Without doubt I am trapped and prosecuted in court by people and entities that are protected by absolute immunity. The law and its application precludes any judge, Court or people to be a adjudicator of his own case. The USDC MD.PA can not be unequivocally predisposed with my petition transferred to the Court.

Therefore, the Honorable Court, is respectfully, beseeched to either recall its order and decide on the merit of my petition, or instruct that all my Issues (INS, and Habeas) be consolidated while deciding my petition at the U.S. District Court Middle District of Pennsylvania. While it is expensive on the Court to still proceed with Criminal case USA vs. OBI 3-06-325 MD. PA

In the interest of justice and comity, supported by record of my innocence, the Honorable Court on 6/7/07 entered its order stating at par.1 that " my challenge of the current detention sounds in habeas and properly is brought against my custodians in the district where I am detained".\

The Court in Abudu 485 U.S 107 opined, such effort may amount to waste the time and effort of the presiding judge. That is true, irrespective of which party moves it. However, concerns of finality, fairness, and the public's confidence can not be ignored merely because the motion is filed by an alien, rather than the government., quoting Johnson supra.

By that line of action, stand-by counsel Richard Amberg Jr's frame of mind may not be prophesy. If not the end will ultimately be illegitimate making nullity the wisdom of C.J Marshall's in 4 Wheat 316, 421 Led 519—"let the end be legitimate, let it be within the scope of the Constitution and all means, which are appropriate, which are plainly adopted to that end; which are not prohibited but consist with the letter and spirit of the Constitution, are constitutional".

If the matter shall reach a legitimate end, I now submit a three part to that such as,
1. Whether I am a U.S. citizen under Delmore-Johnson standard U.S. C.A. 3rd circuit with prima facie evidence of my INS form1-213, USMS Data on My person, and Certificate of Compliance notorized to USCIS.
2. If the conviction in USA vs.OBI 00-80690-02 E.D. Mich. Was not unlawful.
3. Whether *F-OBI GEORGE CHUKWUEMEKA (7/2005) in the INS Removal Order is not affront to my name, where such a name is not consistent with my name in public record, Birth Certificate, or my school records. It is inconvertible I ever used such style of name anytime in my life.

If this suggestion is insincere, then the devil's alternative are
1. To transfer this legal mess to be between Nigeria and I, for neglecting my cause if it so happens that igeria Embassy approves the name and issues trveling document in that respect *F-OBI GEORGE CHUKWUEMEKA (7/2005)
2. To use my own freewill to cause an irreparable damage to mysef, if I accept to be treated as *F-OBI GEORGE CHUWKUEMEKA (7/2005)
3. To remain caged if no traveling document are provide in the name *F-OBI GEORGE CHUKWUEMEKA(7/2005 and so on and so forth.

With that background, I kowtow in humility to the wisdom of the Honorable Court.

Respectfully Submitted

George Chukwuemeka Obi
Defendant

Date June 26, 2007
Cc. Ms. Amakiri (Consul) Nig. Embassy N.Y.
Counsel of record

Records of U.S. DOJ. Wash.DC 20530 acknowledges Petitioner-Victim before the Court as Honorable George Obi. See- eg. Official Business Envelope with postmark addressed to Petitioner-Victim - Hon. George Obi

Certificate of Service

Properly by 1st class Mail via PCCF, Lords Valley PA 18428 today June 26, 2007



**U.S. Department of Justice**

Washington, D.C. 20530
113 LOC

Hon. George Obi
Pike County Correctional Facility
175 Pike County Blvd.,
Lords Valley, PA 18428

**START HERE - Please Type or Print**

## Part 1. Information on Sponsor (You)

| Last Name | First Name | Middle Name |
|---|---|---|
| HENRY | Keith | |

| Mailing Address (Street Number and Name) | Apt/Suite Number |
|---|---|
| 18668 Lindsay | |

| City | State or Province |
|---|---|
| Detroit | MI |

| Country | Zip/Postal Code | Telephone Number |
|---|---|---|
| USA | 48235 | 313/659-0506 |

| Place of Residence if different from above (Street Number and Name) | Apt/Suite Number |
|---|---|
| same as above | |

| City | State or Province |
|---|---|
| | |

| Country | Zip/Postal Code | Telephone Number |
|---|---|---|
| | | |

| Date of Birth (Month, Day, Year) | Place of Birth (City, State, Country) | Are you a U.S. Citizen? |
|---|---|---|
| 1/12/53 | Detroit, MI, USA | ☒ Yes ☐ No |

| Social Security Number | A-Number (If any) |
|---|---|
| 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 | N/A |

**FOR AGENCY USE ONLY**

This Affidavit
[ ] Meets
[ ] Does not meet
Requirements of Section 213A

Receipt

Officer's Signature

Location

Date

## Part 2. Basis for Filing Affidavit of Support

I am filing this affidavit of support because (check one):

a. ☐ I filed/am filing the alien relative petition.

b. ☐ I filed/am filing an alien worker petition on behalf of the intending immigrant, who is related to me as my _____ (relationship)

c. ☐ I have ownership interest of at least 5% of _____ (name of entity which filed visa petition) which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my _____ (relationship)

d. ☒ I am a joint sponsor willing to accept the legal obligations with any other sponsor(s).

## Part 3. Information on the Immigrant(s) You Are Sponsoring

| Last Name | First Name | Middle Name |
|---|---|---|
| OBI | George | Chukwuemeka |

| Date of Birth (Month, Day, Year) | Sex: | Social Security Number (If any) |
|---|---|---|
| 01/05/1974 | ☒ Male ☐ Female | 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 |

| Country of Citizenship | A-Number (If any) |
|---|---|
| USA | 76 969 828 |

| Current Address (Street Number and Name) | Apt/Suite Number | City |
|---|---|---|
| 9511 Faust | 3 | Detroit |

| State/Province | Country | Zip/Postal Code | Telephone Number |
|---|---|---|---|
| MI | USA | 48228 | 313/837-7947 |

List any spouse and/or children immigrating with the immigrant named above in this Part: (Use additional sheet of paper if necessary)

| Name | Relationship to Sponsored Immigrant | | | Date of Birth | | | A-Number (If any) | Social Security Number (If any) |
|---|---|---|---|---|---|---|---|---|
| | Spouse | Son | Daughter | Mo. | Day | Yr. | | |
| none | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Form I-864 (9/18/98)Y

14.

000488

### Part 1. Information on Sponsor's Household Member or Sponsored Immigrant/Household Member

| Last Name | First Name | Middle Name |
|---|---|---|
| OBI | George | |

| Date of Birth (Month, Day, Year) | Social Security Number (Mandatory for non-citizens, voluntary for U.S. citizens) | A-Number (If any) |
|---|---|---|
| 1/5/74 | 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 | A76 969 828 |

| Address (Street Number and Name) | Apt Number | City | State/Province | ZIP/Postal Code |
|---|---|---|---|---|
| 9511 Faust, #3 | | Detroit | MI | 48228 |

| Telephone Number | Relationship to Sponsor: father | Length of residence with sponsor |
|---|---|---|
| 313/837-7947 | ☒ The sponsor's household member. (Complete Part 3) <br> ☒ The sponsored immigrant/household member. (Complete Part 4) | ( 3 years, 3 months) |

### Part 2. Sponsor's Promise

I, THE SPONSOR, __Melissa Henry__ (Print name of sponsor), in consideration of the household member's promise to support the sponsored immigrant(s) and to be jointly and severally liable for any obligations I incur under the affidavit of support, promise to complete and file an affidavit of support on behalf of the following __1__ sponsored immigrant(s):
(Indicate number)

| Name of Sponsored Immigrant (First, Middle, Last) | Date of Birth (Month, Day, Year) | Social Security Number (If any) | A-Number (If any) |
|---|---|---|---|
| George C. Obi | 1-5-74 | 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 | A76 969 828 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### Part 3. Household Member's Promise

I, THE HOUSEHOLD MEMBER, _____ (Print name of household member), in consideration of the sponsor's promise to complete and file the affidavit of support on behalf of the sponsored immigrant(s):

1) Promise to provide any and all financial support necessary to assist the sponsor in maintaining the sponsored immigrant(s) at or above the minimum income provided for in section 213A(a)(1)(A) of the Act (not less than 125 percent of the Federal poverty line) during the period in which the affidavit of support is enforceable;

2) Agree to be jointly and severally liable for payment of any and all obligations owed by the sponsor under the affidavit of support to the sponsored immigrant(s), to any agency of the Federal Government, to any agency of a State or local government, or to any private entity;

3) Agree to submit to the personal jurisdiction of any court of the United States or of any State, territory, or possession of the United States if the court has subject matter jurisdiction of a civil lawsuit to enforce this contract or the affidavit of support; and

4) Certify under penalty of perjury under the laws of the United States that all the information provided on this form is true and correct to the best of my knowledge and belief and that the income tax returns I submitted in support of the sponsor's affidavit are true copies of the returns filed with the Internal Revenue Service.

Form I-864A (9/18/98)Y Page

10/18/01                                                                51

1  government rests.
2       THE COURT: All right. Let's take a break. It
3  may take us a little time to resolve a few things that we
4  have to before we go forward, so maybe half hour, 45-minute
5  break at this time. Thank you. Maybe less. I don't know.
6       (Jury out 10:14 a.m.)
7       THE COURT: Mr. Daniel.
8       MR. DANIEL: Yes, Your Honor. Your Honor, the
9  jury having been excused, the government having rested, the
10 federal rules of criminal procedure permit the defendant to
11 move the Court for a directed verdict of acquittal if they
12 believe the, the defendant believes that the government had
13 failed to meet their burden of proof, and that is presenting
14 evidence on each and every element of the charge, charges,
15 the evidence, credible evidence on each and every element in
16 the superseding indictment.
17      The only evidence against my client is
18 Mr. Nimako, and his, I submit that I think the Court does
19 have -- I know the Court has to view the evidence in the
20 light most favorable to the government, and but I do believe
21 that due process requires that the Court consider whether
22 the evidence is credible, and the only evidence against my
23 client is Mr. Nimako, and I would ask the Court to conclude
24 that his testimony is so inherently incredible that it lacks
25 reliability, and therefore the government has not presented

10/18/01
52

1  credible evidence on which this jury could deliberate, and I
2  would ask the Court to grant my motion. Thank you.
3        THE COURT: I'm going to deny that motion. We
4  have not only the testimony of Mr. Nimako, we have direct
5  testimony from Officer Diaz, as well, and a lot of
6  circumstantial evidence with respect to Mr. Obi's car, the
7  red Mazda, being present on the 26th, again on the 27th, and
8  Mr. Obi being the driver of that car on the 27th. So
9  there's plenty of evidence to submit this to a jury, and
10 motion denied.
11       I wanted to indicate to you that I've looked
12 over the cases submitted by the government on the issue of
13 the use of the suppressed evidence in cross examination, and
14 I believe that the case of the United States versus -- if a
15 defendant takes the stand and denies his involvement in this
16 incident, the case of United States versus Markarian, which
17 is a -- I'm sorry, United States versus Havens, which is a
18 United States Supreme Court case, 446 U.S. 620 is directly
19 on point.
20       MR. DANIEL: Well, Your Honor, before -- I hate
21 to -- forgive me for interrupting. I haven't had a chance
22 to review the cases or to pose an argument. If the Court --
23 sounds like the Court may be about to rule against my
24 client. May I at least have an opportunity to read the
25 cases and at least try to persuade the Court that there's

USA v. Obi         Case No. 00-CR-80690

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES IMMIGRATION COURT
PO BOX 20370
3400 CONCORD RD, Suite 2
YORK, PA 17402

TO: George Obi   NNE-2B   93026
YCP
York, PA 17402

DATE: 2/1/06

REF: Obi, George          A# 76-969-828

THE ENCLOSED DOCUMENT IS BEING RETURNED TO YOU FOR THE FOLLOWING REASONS:

_____ No A #          _____ No exhibit tabs          _____ Not two hole punched

_____ No pagination          _____ Insufficient copies, ____ are required

_____ No Certification of Service upon the Immigration Service trial attorneys. All correspondence or applications regarding respondent must be accompanied by a certificate of service verifying that the materials have also been served upon the INS office.

_____ All motions SHALL be accompanied by a proposed order for signature by the Immigration Judge.

_____ Parties seeking a continuance of any scheduled hearing shall file a written motion and proposed order for continuance NO LESS THAN fifteen (15) calendar days prior to the scheduled hearing date.

_____ According to our records, this case is not pending before the York Immigration Court, nor does it appear in the national computer database. Contact INS Litigation regarding the filing of the Notice to Appear with the Court.

_____ The Court does not accept G-28's. This is an INS form. The court requires that and EOIR-28 (E-28) be filed when representing a respondent.

__X__ OTHER: Mr. Obi, The *F- has nothing to do with your name. It is a code put into the computer for court purposes only. It indicates that you were in Federal Custody at one time. It has nothing to do with your present case.* The codes are to help the court to schedule the cases properly — nothing more. The Court considers your name to be George Obi.

_____
Immigration Court Legal Technician

FOR INFORMATION REGARDING HEARING DATES AND TIMES, CALL 1-800-898-7180

The Director,
U.S. Citizenship and Naturalization Service
Regulatory management Division
111 massachusetts ave. N.W.
Washington D.C. 20529.                    July 25, 2006

### FOI Request On Citizenship Status.

Please provide me with materials and information relating to my citizenship status as appeared in the United States Marshal Service Transmission Data relating to me George Chukwuemeka Obi. My Social security number is 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. DOB.01/05/74. Alien number –Nil.

In support thereof, I am enclosing both USM Transmission Document and Affidavit of Support under Section 213 of the Act on my Sponsor and myself which depicts my country of Citizenship as USA following the application and approval by the U.S. Department of Justice.

Please make any information pertaining to this Request to the U.S. Court of Appeals for The 3rd cir. PA.19106, The ICE Deportation Supervisor Mr. David O'neill 170 Pike County Blvd. Lords Valley PA. 18428 as well The Director of Justice management Services Washington D.C.20530 Thanks.

Sincerely,

Hon. George Chukwuemeka Obi
Pike County Jail
175 Pike County Blvd
Lords Valley, PA.18428.

CC.
3rd cir court, David O'neill, JMS Dir.

encl.

U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010



**U.S. Citizenship and Immigration Services**

November 6, 2006

ICB2006006965

George Chukwuemeka Obi
Pike County Jail
175 Pike County Blvd.
Lords Valley, PA 18428

Dear George Chukwuemeka Obi:

This is in response to your Freedom of Information Act (FOIA)/Privacy Act (PA) request received in this office on September 8, 2006, regarding your file.

We have completed the review of all documents responsive to your request and have identified 791 pages, which are responsive to your request. Enclosed are 590 pages released in their entirety, and 76 pages released in part. We are withholding 125 pages in full. In our review of these pages we have determined that they contain no reasonable segregable portion(s) of non-exempt information. We have reviewed and have determined to release all information except those portions, which are exempt pursuant to Title 5 U.S.C. 552 (b)(2), (b)(5), (b)(6), (b)(7)(C), and (b)(7)(E) of the FOIA.

Exemption (b)(2) provides protection for records that are related solely to the internal personnel rules and practices of an agency. The types of documents and/or information we have withheld under this exemption may relate to internal matters of a relatively trivial nature, such as internal personnel rules and practices which could consist of employee identification codes, computer login codes, policies regarding the use of parking facilities and breakrooms, employee leave policies and dress codes or internal matters of a more substantial nature, the disclosure of which would risk circumvention of a legal requirement, such as operating rules, guidelines and manuals of procedures for examiners or adjudicators.

Exemption (b)(5) provides protection for inter-agency or intra-agency memorandums or letters, which would not be available by law to a party other than an agency in litigation with the agency. The types of documents and/or information withheld under this exemption may consist of documents containing predecisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information withheld may consist of birth certificates, naturalization certificates, drivers license, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld various information relating to third-party individuals. The types of documents and/or

information withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonable be expected to risk circumvention of the law. The types of documents and/or information withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

The enclosed record consists of the best reproducible copies available.

In the event you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 111 Massachusetts Ave., NW, Washington, DC 20529, within 60 days of receipt of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Please be advised that the National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a pending application/petition or any other matter pending with this agency, you must address these issues with your nearest District Office.

If you should have any additional questions about your request, please direct your inquiries to this office at the above address. You may also call us at (816) 350-5570 or fax any correspondence to (816) 350-5785.

Sincerely,

T. Diane Cejka
Director

Enclosure(s)

*William B. Daniel*
ATTORNEY and COUNSELOR
577 EAST LARNED, SUITE 240
DETROIT, MICHIGAN 48226

MEMBER MICHIGAN BAR
MEMBER NEW YORK BAR

(313) 963-1455
FAX (313) 961-4315

September 18, 2001

George Chukwuemka Obi
Wayne County Jail
571 Clinton Street
Detroit, Michigan 48226

    Re:   **U.S.A. vs. George Obi**
           File No. 00-80690

Dear Mr. Obi,

    Please find enclosed a copy of the following for your records:

1. Order Denying as Moot Defendant's Motion to Suppress Filed on April 25, 2001; and

2. Letter of enclosure dated September 6, 2001 from AUSA Kathryn McCarthy of Motion to Dismiss the First Superseding Indictment and Order

Thank you.

                        Sincerely,

                        William B. Daniel

WBD/mdz



U.S. Department of Justice

United States Attorney
Eastern District of Michigan

211 W. Fort Street
Suite 2001
Detroit, Michigan 48226

September 6, 2001

William B. Daniel
577 E. Larned
#240
Detroit, MI 48226

    RE: United States v. George Chukwuemeka Obi
         Criminal No. 00-80690

Dear Mr. Daniel:

    Enclosed please find a copy of the Motion and Order to Dismiss the First Superseding Indictment in the above-entitled matter.

         Very truly yours,

         ALAN M. GERSHEL
         United States Attorney

         KATHRYN MCCARTHY
         Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

GEORGE CHUKWUEMKA OBI,

    Defendant(s).

Case No. 00-80690

Honorable Nancy G. Edmunds

FILED

SEP 07 2001

CLERK'S OFFICE
U.S DISTRICT COURT
EASTERN MICHIGAN

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO SUPPRESS FILED ON APRIL 25, 2001**

In light of the order entered September 5, 2001 dismissing the First Superseding Indictment against Defendant Obi, this Court **DENIES AS MOOT** Defendant Obi's motion to suppress filed on April 25, 2001.

SO ORDERED.

_____
Nancy G. Edmunds
U. S. District Judge

Dated: 9/7/01

PURSUANT TO RULE 77(d), FRCivP
COPIES HAVE BEEN MAILED TO:
K. McCarthy
W. Daniel

ON 9/7/01

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

GEORGE CHUKWUEMEKA OBI,

    Defendant.
_____/

NO. 00-80690

HON. NANCY G. EDMUNDS

## MOTION TO DISMISS THE
## FIRST SUPERSEDING INDICTMENT

Pursuant to Rule 48(a), Fed. R. Crim. Pro., the United States of America hereby moves for leave to dismiss the First Superseding Indictment as to defendant GEORGE CHUKWUEMEKA OBI, only, and proceed to trial on the Indictment as to defendant GEORGE CHUKWUEMEKA OBI, only on the charges contained therein.

Respectfully submitted,

ALAN M. GERSHEL
United States Attorney

MICHAEL O. LANG (P16396)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3211
(313) 226-

Date: May 29, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

GEORGE CHUKWUEMEKA OBI,

    Defendant.
_____/

NO. 00-80690

HON. NANCY G. EDMUNDS

**ORDER**

Upon the government's motion for leave to dismiss the First Superseding Indictment, as to defendant GEORGE CHUKWUEMEKA OBI only, the motion is granted, and the First Superseding Indictment is hereby dismissed as to this particular defendant; the underlying Indictment will remain in full force and effort as to defendant GEORGE CHUKUEMEKA OBI, only.

_____
NANCY G. EDMUNDS
United States District Judge

Date: SEP 0 5 2001