## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 0 2 2007

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

| | |
|---|---|
| GEORGE CHUKWUEMEKA OBI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-1091 |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### ORDER

The Court is in receipt of petitioner's response to the Court's July 18, 2007 Transfer

Order and construes the submission as a motion to reconsider. On consideration of the motion, it

is hereby

ORDERED that petitioner's motion to reconsider the July 18, 2007 Transfer Order is

DENIED.

SO ORDERED.

United States District Judge

Date: 7/27/07